# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAYTON D. IRVING

NO. 2019 KW 0599

**AUG 19 2019**

In Re:    Dayton D. Irving, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-17-0865.

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot adequately review the issue presented herein as relator failed to include a copy of the ruling on the motion to reduce bond, the indictment, the criminal court minutes and any other pertinent documents from the district court record. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before September 10, 2019, and should include the missing items noted above and a copy of this ruling.

PMc
JEW

**Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT